**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


JOSE GARCIA,

        Plaintiff,

vs.                                                    CASE NO. 3:07-cv-282-J-32HTS

MICHAEL ASTRUE,
Commissioner of
Social Security,

        Defendant.
_____

**O R D E R**

The Clerk of the Court is directed to redact the first five digits of the social security number appearing in the Complaint (Doc. #1), filed by Plaintiff on April 9, 2007.  Plaintiff's counsel is reminded to comply in the future with the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section II(I)(1)(a), which states that "[u]nless the court orders otherwise, an electronic filing made with the court that includes a social security number . . . may include only . . . [t]he last four digits of the social security number[.]"  *See also* Rule

1.01(a), Local Rules, United States District Court, Middle District
of Florida.

    **DONE AND ORDERED** at Jacksonville, Florida, this 11th day of
April, 2007.


                                    /s/        Howard T. Snyder
                                    HOWARD T. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE


Copies to:

All counsel of record
     and pro se parties, if any