UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSE GARCIA,

       Plaintiff,

vs.                         Case No. 3:07-cv-282-J-32HTS

MICHAEL ASTRUE,
Commissioner of
Social Security,

       Defendant.
_____

**O R D E R**

It is the policy of the district judges of the Jacksonville Division of the Middle District of Florida to strongly encourage the parties in social security disability cases to consent to have their cases handled by a magistrate judge.  This streamlines the legal process, as the standard of review is identical at all levels in the judicial review process.  If the parties consent to have the case handled by a magistrate judge, the assigned magistrate judge will enter a final decision and judgment in due course.  Any appeal of this judgment must be taken directly to the Eleventh Circuit Court of Appeals.  If the parties do not consent to have the case handled by a magistrate judge, the assigned magistrate judge will prepare and file a Report and Recommendation for consideration by the district judge assigned to the case.  The district judge will then enter a final decision and judgment in due course.  An appeal from that judgment is taken to the Eleventh Circuit.

Accordingly, it is hereby **ORDERED:**

The Commissioner shall initiate contact with Plaintiff's counsel to discuss consent to the jurisdiction of the magistrate judge.  If the parties consent to have a magistrate judge handle the case, each counsel shall sign the Consent to Exercise of Jurisdiction by a United States Magistrate Judge portion of the Notice, which will be provided by the Clerk's Office, and shall file it with the Court within **ten (10) days** from the date of this Order.  When the Court receives the signed consent form, the district judge will sign the Order of Reference referring the case to the appropriate magistrate judge.  If the parties do not consent, within the same time period, the Commissioner shall file a notice with the Court stating that the parties do not consent to the jurisdiction of a magistrate judge.  This notice shall not identify which party or parties withholds consent.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of October, 2007.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
      pro se parties, if any

- 2 -